IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-22-0097 |
| BENJAMIN LAWTON, | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM RESTITUTION ORDER**

Presently pending before this Court is the Government's Revised Motion to Include Restitution in the Judgment. (ECF No. 80.) The Defendant has filed a Response and a request for hearing. (ECF No. 83.) Initially, the Defendant and the Government agree that there is no right to a hearing pursuant to 18 U.S.C. § 3664, and the request for a hearing is DENIED.

The Defendant pled guilty on May 24, 2023, to Count One of the Superseding Indictment, charging Sex Trafficking by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1591(a). The plea agreement in this case was introduced as Government Exhibit Number One and signed by the Defendant and his counsel. The plea agreement specifically provided in Paragraph 3(c) for restitution to be ordered by the Court. Paragraph 20 of that agreement specifically provided for full restitution to the victims' losses. At the sentencing hearing, the Defendant was ordered to serve 240 months (20 years) of incarceration followed by 25 years of supervised release. The Government requested additional time to address the matter of restitution to Victim One and Victim Five. After consultation with the victims, Government

1

counsel has revised its request for restitution and has specifically requested that Judgment be entered in the amounts of $207,536 for Victim One and $100,800 for Victim Five. The Government has provided reasonable and competent information to support these restitution amounts for the reasons previously addressed on the record at the sentencing in this case. Specifically, as to Victim One, there is testimony that she worked almost daily from April 12, 2021, to September 8, 2021.

Accordingly, IT IS HEREBEY ORDERED this 19th day of December 2024 that an Order of Restitution shall be included in a Revised Judgment in this case awarding restitution in the amounts of $207,536 for Victim One and $100,800 for Victim Five.

Dated: December 19, 2024

/s/ _____
Richard D. Bennett
United States Senior District Judge